# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CANDACE M. BURR,<br><br>    Defendant. | **8:19CR101**<br><br>**ORDER** |

  This matter is before the Court on Defendant's Motion to Review Detention (Filing No. 37) in which she seeks to enter into a treatment program. In reviewing the motion, it appears that the filing does not set out the respective positions of Probation and Pretrial Services and the Government. For these reasons, the motion will be denied without hearing. Upon consideration,

  **IT IS ORDERED:**

  1. Defendant's Motion to Review Detention (Filing No. 37) is denied without prejudice to the refiling of a motion that sets out the respective positions of Probation and Pretrial Services and the Government.

  Dated this 9th day of May, 2019.

                 BY THE COURT:

                 s/ Michael D. Nelson
                 United States Magistrate Judge