IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR101 |
| vs. | |
| CANDACE M. BURR, | ORDER ON APPEARANCE FOR PRETRIAL RELEASE VIOLATION |
| Defendant. | |

The defendant appeared before the Court on September 10, 2019 regarding Petition for Action on Conditions of Pretrial Release [73]. Jessica Douglas represented the defendant. Matthew Molsen for Susan Lehr represented the government. The defendant was advised of the alleged violation of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant entered an admission to violating a condition of release. Based on the evidence presented, the Court finds the defendant is in violation of her pretrial supervision.

The government moved for detention. The defendant has no objection to being detained. The government's motion for detention is granted. Court finds Defendant's release would pose a risk of harm to the community. The Order Setting Conditions of Release [69] is revoked and the defendant shall be detained until further order of the court.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 10th day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
*United States Magistrate Judge*